UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                    )
ROBERT HOFFMIRE                     )
                                    )
            Plaintiff,              )
                                    )   CIVIL ACTION
      vs.                           )   FILE NO. 2:12-cv-04303-CCC-JAD
                                    )
                                    )   NOTICE OF SETTLEMENT
FULTON, FRIEDMAN & GULLACE,         )
LLP, ASSET ACCEPTANCE, LLC          )
AND CYNTHIA FULTON                  )
                                    )
            Defendant.              )
_____)

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully submitted this 27th day of September, 2012.

ATTORNEYS FOR PLAINTIFF
*Robert Hoffmire*

/s/ Jeanne Lahiff
Jeanne Lahiff, Esq
NJ Bar No. 003700
**Weisberg & Meyers, LLC**

*Notice of Settlement*
*Page 1 of 2*

        410 High Street, Suite 2
        Cranford, NJ 07016 - 3025
        (888) 595-9111 ext. 511
        (866) 842-3303 (fax)
        JLahiff@attorneysforconsumers.com

*Please send correspondence to the address below:*

**Weisberg & Meyers, LLC**
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012

Notice Filed electronically on this 27th day of September, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 27th day of September, 2012, to:

Ronald M. Metcho, Esq.
Marshall, Dennehey, Warner,Coleman & Goggin, P.C.
2000 Market Street
Suite 2300
Philadelphia PA 19103


s/Dana Patch
Dana Patch